# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In Re: §
§
ALS WELDING & FABRICATION INC., § Case No. 16-03470
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/05/2016 . The undersigned trustee was appointed on 02/05/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   24,107.07

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 24,107.07 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/20/2017 and the deadline for filing governmental claims was 04/20/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,160.71 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,160.71 , for a total compensation of $ 3,160.71 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 29.02 , for total expenses of $ 29.02 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2019       By:/s/JOSEPH E. COHEN
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 16-03470   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ALS WELDING & FABRICATION INC., | Date Filed (f) or Converted (c): | 02/05/16 (f) |
| | | 341(a) Meeting Date: | 03/04/16 |
| For Period Ending: | 03/18/19 | Claims Bar Date: | 04/20/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FRAUD, CONVEYANCE (u) | 0.00 | 40,000.00 | | 24,107.07 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $40,000.00 | | $24,107.07 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING HIS TFR, NFR AND RELATED DOCUMENTS TO SUBMIT TO UST - 3/18/19.  TRUSTEE FILED ADVERSARY COMPLAINT TO AVOID PREFERENTIAL TRANSFER WHICH IS CLOSE TO BEING SETTLED - 1/24/19.  TRUSTEE FILING ADVERSARY COMPLAINT TO AVOID TRANSFER - 1/9/2018.  TRUSTEE PREPARING ADVERSARY COMPLAINTS TO AVOID FRAUDULENT CONVEYANCES - 4/27/17.  PREPARING FRAUDULENT CONVENAYCE ANALYSIS - 1/10/17.  TRUSTEE REVIEWING RECORDS LOOKING FOR AVOIDABLE TRANSFERS - 10/31/16.  TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR - 7/30/16.  TRUSTEE HAS CONDUCTED THE 341 MEETING - 4/30/16.

Initial Projected Date of Final Report (TFR): 02/28/18     Current Projected Date of Final Report (TFR): 06/30/19

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-03470 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ALS WELDING & FABRICATION INC., | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******0264 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2272 | | |
| For Period Ending: | 03/18/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/13/19 | 1 | D5 IRON WORKS | Settlement of Adversary | 1241-000 | 24,107.07 | | 24,107.07 |

```
                                    COLUMN TOTALS                      24,107.07           0.00          24,107.07
                               Less:  Bank Transfers/CD's                   0.00           0.00
                                    Subtotal                           24,107.07           0.00
                               Less:  Payments to Debtors                                  0.00
                                    Net                                24,107.07           0.00
                                                                                       NET          ACCOUNT
                       TOTAL - ALL ACCOUNTS                       NET DEPOSITS   DISBURSEMENTS     BALANCE
              Checking Account (Non-Interest Earn - ********0264)    24,107.07          0.00        24,107.07
                                                                  ------------    ------------    ------------
                                                                     24,107.07          0.00        24,107.07
                                                                  ============    ============    ============
                                                                  (Excludes Account (Excludes Payments  Total Funds
                                                                      Transfers)      To Debtors)     On Hand
```

Page Subtotals    24,107.07    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 18, 2019 |

Case Number: 16-03470  
Debtor Name: ALS WELDING & FABRICATION INC.,  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison St.<br>Chicago, IL 609602 | Administrative | | $3,189.73 | $0.00 | $3,189.73 |
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison St.<br>Chicago, IL 60602 | Administrative | | $3,463.00 | $0.00 | $3,463.00 |
| 001<br>2700-00 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn St.<br>Chicago, IL 60602 | Administrative | | $350.00 | $0.00 | $350.00 |
| 00001<br>070<br>7100-00 | LIEBOVICH BROS., INC.<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson LLP<br>100 Park Ave.<br>Rockford, IL 61101 | Unsecured | | $38,139.61 | $0.00 | $38,139.61 |
| 00002<br>070<br>7100-00 | D5 IRONWORKS, INC.<br>14200 Washington St.<br>Woodstock, IL  60098 | Unsecured | | $114,611.01 | $0.00 | $114,611.01 |
| | Case Totals: | | | $159,753.35 | $0.00 | $159,753.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-03470  
Case Name: ALS WELDING & FABRICATION INC.,  
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 24,107.07

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 3,160.71 | $ 0.00 | $ 3,160.71 |
| Trustee Expenses: JOSEPH E. COHEN | $ 29.02 | $ 0.00 | $ 29.02 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,463.00 | $ 0.00 | $ 3,463.00 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses $ 7,002.73  
Remaining Balance $ 17,104.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 152,750.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | LIEBOVICH BROS., INC. c/o Matthew M. Hevrin Hinshaw & Culbertson LLP 100 Park Ave. Rockford, IL 61101 | $ 38,139.61 | $ 0.00 | $ 4,270.71 |
| 00002 | D5 IRONWORKS, INC. 14200 Washington St. Woodstock, IL 60098 | $ 114,611.01 | $ 0.00 | $ 12,833.63 |
| | Total to be paid to timely general unsecured creditors | | | $ 17,104.34 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE