IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **AL'S WELDING & FABRICATING, INC.,** | ) | No. 16-03470 |
| | ) | |
| Debtor(s) | ) | |

**<u>PROOF OF SERVICE</u>**

TO:      See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on March 27, 2019 by

First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                    BY:<u>/s/ Joseph E. Cohen_____</u>

Al's Welding & Fabrication Inc
PO Box 591
Island Lake, IL  60042-0591

D5 Iron Works inc
14200 Washington St
Woodstock, IL  60098-9463

Liebovich Bros., Inc.
c/o Attorney Matthew M. Hevrin
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

William Hellyer Ltd
444 N IL Route 31 Ste 100
Crystal Lake, IL  60012-3730